1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

14

PATRICIA A. COUTEE,                                    Civil  No.  C06-889-MAT

15

    Plaintiff,

16

17
    vs.                                                   ~~PROPOSED~~ ORDER FOR REMAND

18
JO ANNE B. BARNHART,
Commissioner of Social Security,

19

20
    Defendant

21

22
       Based upon Stipulation between the parties, it is hereby ORDERED that the case is

23
REMANDED to the Commissioner of Social Security for further administrative proceedings.

24
42 U.S.C. § 405(g) (sentence four).  On remand, the ALJ shall: 1) update the record; 2) fully

25
address the treating opinion of Dr. Tirschwell (Tr. 1029-32); 3) re-assess claimant's residual

26

27

28
Page 1        ~~PROPOSED~~ ORDER - [C06-889-MAT]

1  functional capacity with specific references to evidence supporting the assessed limitations;

2  4) compare this RFC with the demands of claimant's past relevant work; 5) as, necessary, obtain

3

4  vocational expert testimony; and 6) complete any other actions necessary to develop the record

5  and issue a new decision

6          DATED this 6th day of November, 2006.

7

8          Mary Alice Theiler

9          United States Magistrate Judge

10

11  Presented by:

12  s/ JEFFREY BAIRD
    Special Assistant U.S. Attorney
13  Office of the General Counsel
    701 Fifth Avenue, Suite 2900 MS/901
14  Seattle, Washington 98104-7075
    Telephone:  (206) 615-2205
15  FAX:  (206) 615-2531
    jeffrey.h.baird@ssa.gov
16

17

18

19

20

21

22

23

24

25

26

27

28  Page 2        PROPOSED ORDER - [C06-889-MAT]